**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENE SANDOVAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRIENDLUM, INC., d/b/a DIRECT HOME ENERGY SOLUTIONS,<br><br>Defendant. | Case No.: 17cv1917-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION**<br><br>[Doc. No. 27] |

On July 18, 2018, the parties filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice as to Plaintiff Rene Sandoval's individual claims and without prejudice as to the claims of the putative class. *See* Doc. No. 27. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice as to Plaintiff Rene Sandoval's individual claims and without prejudice as to the claims of the putative class. Each party must bear its own fees and costs. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: July 18, 2018

HON. MICHAEL M. ANELLO
United States District Judge